

# Missouri Court of Appeals
## Southern District

**JULY 9, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33612

      Re:    SHANNON M. MEAHAN,
              Appellant,
              vs.
              STATE OF MISSOURI,
              Respondent.